UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
In re:                                           Chapter **13**

**Matthew Stoll**                            Case No. **18-22624 (RDD)**

                                       Debtor(s).
-----------------------------------------------------------------------X

## DEBTOR LOSS MITIGATION AFFIDAVIT

STATE OF                  )
NEW YORK               )
                         )    ss.:    **xxx-xx-6028**
COUNTY OF              )
ROCKLAND              )

       I, **MATTHEW STOLL**      , being sworn, say:

       I am not a party to this action, am over 18 years of age and reside in

       On **JULY 23, 2018**, I served a true and completed copy of the Financial Packet and including the following
documents:

- ☑    A copy of the Debtor(s)= two (2) most recent federal income tax returns;
- ☑    A copy of the Debtor(s) last two (2) paycheck stubs, proof of social security income, pensions, or any other
       income received by the Debtor(s);

Or, if Debtor(s) is/are self employed:

- ☐    A copy of the Debtor(s)= business= two (2) most recent months= Profit and Loss Statements, setting forth
       a breakdown of the monthly business income and expenses for the months of
- ☑    A copy of the Mortgagee=s completed Financial Worksheet;
- ☐    Proof of Second/Third Party Income by Affidavit of the party, including the party=s last two (2) paycheck
       stubs,
- ☐    Other (please specify):

       upon the following parties via (first class mail, facsimile or email) at the following addresses:

**ngreene@grosspolowy.com**

**wschwartzkopf@grosspolowy.com**

       Please be advised that the loss mitigation contact is as follows:

| | |
|---|---|
| Name: | **Roselina Serrano** |
| Title: | **Debtor's Attorney** |
| Phone Number: | **845-638-2200** |
| Fax Number: | **845-638-2205** |
| Email Address: | **roselina@serranolawpc.com** |

Dated:    **July 23, 2018**

                                                       **/s/Mariela Jimenez**

Sworn to before me this 23rd day of **July 2018**

_/s/Roselina Serrano_
Notary Public, State of New York
No.: 02SE6236632
Expires: 02/28/2019

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com