

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

September 24, 2018

Chambers, Hon. Robert D. Drain
United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: Matthew Stoll
Case No. 18-22624-rdd
Loan No. ...1234

Dear Judge Drain:

    Please allow this letter to serve as a written status report, submitted on behalf of Wells Fargo Bank NA (the "Servicer") pursuant to the Southern District of New York Loss Mitigation Program Procedures.

    The borrower was denied loss mitigation options and an appeal was not submitted. If there are any questions, please feel free to contact me directly at 716-204-1781.

Very truly yours,
Gross Polowy, LLC as counsel to the Servicer

By: *S/Dennis Jose, Esq.*

cc. ECF and Email
Roselina Serrano, Esq.