UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                              Case No. 18-22624-rdd

Matthew Stoll                                       Chapter 13
        Debtor

_____

# ORDER TERMINATING LOSS MITIGATION AND FINAL REPORT

**Name of Creditor**: Wells Fargo Home Mortgage as Servicing Agent for Wells Fargo Bank NA

**Property Address**: 107 Somerset Dr, Suffern, NY 10901

**Last Four Digits of Account Number of Loan**: 1234

**File Date of Loss Mitigation request**: 05/03/18

**Date of Entry of Loss Mitigation Order**: 06/22/18

**Date of Entry of Order Approving Settlement (*if any*)**:

**Other Requests for Loss Mitigation in this Case**:

    The use of the Court's Loss Mitigation Program Procedures has resulted in the following *[please check appropriate box below]*:

- ☐ Loan modification
- ☐ Short sale
- **X** Surrender of Property
- ☐ No Agreement has been reached
- ☐ Other: _____

    **ORDERED**, that Loss Mitigation is terminated with respect to the Loan identified above by the last four digits of the account number.

Dated:  White Plains, New York
       December 4, 2018

                                                      /s/ Robert D. Drain_____
                                                      Hon. Robert D. Drain
                                                      United States Bankruptcy Judge