UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                            Case No. 18-22624(shl)

MATTHEW STOLL                       Chapter 13

                    Debtor.

SSN xxx-xx-6028
------------------------------------------------------------x

## ORDER CONFIRMING CHAPTER 13 PLAN

Definitions: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtor's plan was filed on May 3, 2018 and was amended on December 11, 2018 (the "Plan"). The plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015-1(c) and 3015-2. The Court finds that the Plan meets the requirements of 11 U.S.C. §1325.

**IT IS ORDERED THAT:**

The Plan is hereby **CONFIRMED.**

Dated:  White Plains, New York

       June 14, 2019

                                                  /s/ Sean H. Lane

                                                  Honorable Sean H. Lane

                                                  United States Bankruptcy Judge